1   JACKSON LEWIS LLP
    ROBERT J. SCHNACK (SBN 191987)
2   JERRY J. DESCHLER JR. (SBN 215691)
    801 K Street, Suite 2300
3   Sacramento, California 95814
    Telephone:    (916) 341-0404
4   Facsimile:    (916) 341-0141

5   Attorneys for Defendants
    THE HARTFORD aka HARTFORD FIRE
6   INS. CO. and HARTFORD FINANCIAL
    SERVICES GROUP, INC.
7

8   Christopher H. Whelan, Esq. (SBN 080823)
    CHRISTOPHER H. WHELAN, INC.
9   11246 Gold Express Drive, Suite 100
    Gold River, California 95670-4425
10  Telephone:    (916) 635-5577
    Facsimile:    (916) 635-9159
11

12  Attorney for Plaintiff
    LINDA K. DESROSIERS
13

14                  UNITED STATES DISTRICT COURT

15                  EASTERN DISTRICT OF CALIFORNIA

16

17  LINDA K. DESROSIERS,                    Case No. 2:09-cv-02057-MCE-GGH

18              Plaintiff,                   **STIPULATION AND JOINT
                                             APPLICATION TO EXTEND
19         v.                                DISCOVERY CUT-OFF AND MOTION
                                             HEARING DEADLINE;**
20  THE HARTFORD aka HARTFORD FIRE INS.
    CO., HARTFORD FINANCIAL SERVICES         **ORDER THEREON**
21  GROUP, INC., and DOES 1 through 20,
    inclusive,
22
                Defendants.                  Complaint Filed:  January 26, 2009
23                                           Trial Date:       August 13, 2012

24         Pursuant to Federal Rule of Civil Procedure 16(b)(4), and for good cause shown, Plaintiff

25  Linda K. Desrosiers ("Plaintiff") and Defendants THE HARTFORD aka HARTFORD FIRE INS.

26  CO. and HARTFORD FINANCIAL SERVICES GROUP, INC. (collectively hereinafter

27  "Defendants"), through their respective counsel of record, hereby stipulate and jointly request that

28  the Court vacate the present discovery cut-off date of October 7, 2011, related discovery deadlines

                                             1

1  in paragraph IV of this Court's Status (Pretrial Scheduling Order) dated November 30, 2009, and

2  the deadline for hearing dispositive motions, and that the Court further continue such dates by

3  approximately 60-90 days to allow for mediation as set forth below.  **The requested continuances**

4  **will have no impact on the final pre-trial conference and trial dates in paragraphs VII and**

5  **VIII of the Pretrial Scheduling Order**.

6  THE PARTIES HEREBY STIPULATE AS FOLLOWS:

7           WHEREAS the parties initially agreed to defer discovery due to Plaintiff's counsel's

8  impacted trial schedule, and counsel for the Parties have since diligently engaged in discovery in a

9  cooperative manner.  To date, the parties have exchanged written discovery and over 1,000 pages

10 of documentary evidence and have taken five depositions of key witnesses, including a full day of

11 Plaintiff's deposition.  Due to the complex legal and factual nature of the case, counsel for the

12 parties have agreed that Defendant may depose Plaintiff for up to an additional 3.5 hours beyond

13 the 7 hour limit in Federal Rule of Civil Procedure 30(d).  The parties have stipulated to participate

14 in private mediation, but must schedule the mediation around Plaintiff's counsel's trial schedule,

15 which includes 4-week trial scheduled to begin September 19, 2011.  Consequently, the parties

16 agree that, in the interest of increasingly the likelihood of successful mediation, further discovery,

17 including completing the depositions of Plaintiff and her treating physicians, should be deferred

18 until after mediation.  Consequently, good cause exists for continuing the discovery deadlines set

19 forth in the Orders as follows:

20         (1)    The deadline of October 7, 2011 to complete all non-expert discovery shall be

21                vacated and continued to January 7, 2012.

22         (2)    The deadline of December 7, 2011 to disclose experts and produce reports in

23                accordance with Federal Rule of Civil Procedure 26(a)(2) shall be vacated and

24                continued to February 7, 2012;

25         (3)    The deadline of December 27, 2011 to disclose experts and produce reports for

26                expert testimony intended solely for rebuttal in accordance with Federal Rule of

27                Civil Procedure 26(a)(2) shall be vacated and continued March 7, 2012; and

28

2

1        (4)    The deadline of February 7, 2012 to have dispositive motions heard shall be

2       vacated and continued to April 10, 2012.

3   IT IS SO STIPULATED.

4   Dated:  September 15, 2011        JACKSON LEWIS LLP

5

6                                By:  /s/ Jerry J. Deschler, Jr.                       .

7                                  ROBERT J. SCHNACK
                               JERRY J. DESCHLER, JR.

8                                Attorneys for Defendants
                             THE HARTFORD aka HARTFORD FIRE INS. CO. and

9                                HARTFORD FINANCIAL SERVICES GROUP, INC.

10

11  Dated:  September 16, 2011        CHRISTOPHER H. WHELAN, INC.

12

13                               By:  /s/ Christopher H. Whelan
                               CHRISTOPHER H. WHELAN

14                               Attorneys for Plaintiff
                             LINDA K. DESROSIERS

15

16

17      Having reviewed the parties' stipulation, and good cause appearing therefore,

18  IT IS HEREBY ORDERED:

19       (1)    The deadline of October 7, 2011 to complete all non-expert discovery shall be

20      vacated and continued to January 7, 2012.

21       (2)    The deadline of December 7, 2011 to disclose experts and produce reports in

22      accordance with Federal Rule of Civil Procedure 26(a)(2) shall be vacated and

23      continued to February 7, 2012;

24       (3)    The deadline of December 27, 2011 to disclose experts and produce reports for

25      expert testimony intended solely for rebuttal in accordance with Federal Rule of

26      Civil Procedure 26(a)(2) shall be vacated and continued March 7, 2012; and

27  ///

28  ///

3

1       (4)    The deadline of February 7, 2012 to have dispositive motions heard shall be

2       vacated and continued to April 10, 2012.

3   Dated: September 22, 2011

4

5       MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation And Joint Application To Extend Discovery Cut-
Off and Motion Hearing Deadline;  Order Thereon

DesRosiers v. The Hartford, et al.
Case No. 2:09-cv-02057-MCE-GGH