UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA K. DESROSIERS,           Plaintiff,     v. | No. 2:09-cv-02057-MCE-GGH  <u>ORDER CONTINUING TRIAL</u> |
| HARTFORD FIRE INS., et al.,           Defendants. | |

YOU ARE HEREBY NOTIFIED the August 13, 2012 jury trial is vacated and continued to **January 22, 2013,** at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **November 15, 2012.**  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

Accordingly, the June 14, 2012 Final Pretrial Conference is vacated and continued to **November 29, 2012,** at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **November 8, 2012,** and shall comply with the procedures outlined in the Court's December 1, 2009 Pretrial Scheduling Order.

///

1

1  The personal appearances of the trial attorneys or person(s) in
2  pro se is mandatory for the Final Pretrial Conference.
3  Telephonic appearances for this hearing are not permitted.
4       Any evidentiary or procedural motions are to be filed by
5  **November 8, 2012.**  Oppositions must be filed by **November 15,**
6  **2012,** and any reply must be filed by **November 21, 2012.**  The
7  motions will be heard by the Court at the same time as the Final
8  Pretrial Conference.
9       IT IS SO ORDERED.

Dated: October 26, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE