JACKSON LEWIS LLP
ROBERT J. SCHNACK (SBN 191987)
JERRY J. DESCHLER JR. (SBN 215691)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone:   (916) 341-0404
Facsimile:    (916) 341-0141

Attorneys for Defendants
THE HARTFORD aka HARTFORD FIRE
INS. CO. and HARTFORD FINANCIAL
SERVICES GROUP, INC.

Christopher H. Whelan, Esq. (SBN 080823)
CHRISTOPHER H. WHELAN, INC.
11246 Gold Express Drive, Suite 100
Gold River, California 95670-4425
Telephone:   (916) 635-5577
Facsimile:    (916) 635-9159

Attorney for Plaintiff
LINDA K. DESROSIERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LINDA K. DESROSIERS, | Case No. 2:09-cv-02057-MCE-GGH |
| Plaintiff, | **STIPULATION AND JOINT APPLICATION TO EXTEND DISCOVERY CUT-OFF AND MOTION HEARING DEADLINE;** |
| v. | |
| THE HARTFORD aka HARTFORD FIRE INS. CO., HARTFORD FINANCIAL SERVICES GROUP, INC., and DOES 1 through 20, inclusive, | **ORDER THEREON** |
| Defendants. | Complaint Filed: January 26, 2009<br>Trial Date:        January 22, 2013 |

Pursuant to Federal Rule of Civil Procedure 16(b)(4), and for good cause shown, Plaintiff Linda K. Desrosiers ("Plaintiff") and Defendants THE HARTFORD aka HARTFORD FIRE INS. CO. and HARTFORD FINANCIAL SERVICES GROUP, INC. (collectively hereinafter "Defendants"), through their respective counsel of record, hereby stipulate and jointly request that

1

the Court vacate the present discovery cut-off date of January 7, 2012, deadline to disclose expert witnesses of February 7, 2012, deadline to disclosure rebuttal experts of March 7, 2012, and deadline for hearing dispositive motions of April 10, 2012, and that the Court further continue such dates by approximately 60-90 days to allow for mediation as set forth below. **The requested continuances will have no impact on the final pre-trial conference and trial dates in the Court's Order Continuing Trial, dated October 27, 2011 (which modified paragraphs VII and VIII of the Pretrial Scheduling Order)**.

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

WHEREAS this matter is set for trial January 22, 2013.

WHEREAS the parties initially agreed to defer discovery due to Plaintiff's counsel's impacted trial schedule, and counsel for the Parties have since diligently engaged in discovery in a cooperative manner. To date, the parties have exchanged written discovery and over 1,000 pages of documentary evidence and have taken five depositions of key witnesses, including a full day of Plaintiff's deposition. Due to the complex legal and factual nature of the case, counsel for the parties have agreed that Defendant may depose Plaintiff for up to an additional 3.5 hours beyond the 7 hour limit in Federal Rule of Civil Procedure 30(d). The parties have stipulated to participate in private mediation, but must schedule the mediation around Plaintiff's counsel's trial schedule, which included 4-week trial in late 2011.

WHEREAS the Court entered an order continuing the discovery and dispositive motions on September 23, 2011 (doc. no. 11). Subsequently, on October 27, 2011, the Court *sua sponte* issued an Order Continuing Trial vacating prior dates in paragraphs VII and VIII of the Pretrial Scheduling Order and continuing the Final Pretrial Conference to November 29, 2012 and the trial date to November 15, 2012.

WHEREAS the parties have secured a mutually-agreeable mediation date of January 31, 2012.

Consequently, the parties agree that, in the interest of increasingly the likelihood of successful mediation, further discovery, including completing the depositions of Plaintiff and her

///

2

Stipulation And Joint Application To Extend Discovery Cut-Off and Motion Hearing Deadline; Order Thereon

DesRosiers v. The Hartford, et al.
Case No. 2:09-cv-02057-MCE-GGH

treating physicians, should be deferred until after mediation.  Consequently, good cause exists for continuing the discovery deadlines set forth in the Orders as follows:

(1) The deadline of January 7, 2012 to complete all non-expert discovery shall be vacated and continued to April 7, 2012.

(2) The deadline of February 7, 2012 to disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be vacated and continued to May 7, 2012;

(3) The deadline of March 7, 2012 to disclose experts and produce reports for expert testimony intended solely for rebuttal in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be vacated and continued June 7, 2012; and

(4) The deadline of April 10, 2012 to have dispositive motions heard shall be vacated and continued to July 10, 2012.

IT IS SO STIPULATED.

Dated:  December 28, 2011          JACKSON LEWIS LLP


By:       */s/ Jerry J. Deschler Jr.*
          ROBERT J. SCHNACK
          JERRY J. DESCHLER, JR.

Attorneys for Defendants
THE HARTFORD aka HARTFORD FIRE INS. CO. and
HARTFORD FINANCIAL SERVICES GROUP, INC.


Dated:  December 28, 2011          CHRISTOPHER H. WHELAN, INC.


By:       */s/ Christopher H. Whelan*
          CHRISTOPHER H. WHELAN

Attorneys for Plaintiff
LINDA K. DESROSIERS

3

Having reviewed the parties' stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED:

(1) The deadline of January 7, 2012 to complete all non-expert discovery shall be vacated and continued to April 7, 2012.

(2) The deadline of February 7, 2012 to disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be vacated and continued to May 7, 2012;

(3) The deadline of March 7, 2012 to disclose experts and produce reports for expert testimony intended solely for rebuttal in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be vacated and continued June 7, 2012; and

(4) The deadline of April 10, 2012 to have dispositive motions heard shall be vacated and continued to July 10, 2012.

Dated: January 10, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

4

Stipulation And Joint Application To Extend Discovery Cut-Off and Motion Hearing Deadline; Order Thereon

DesRosiers v. The Hartford, et al.
Case No. 2:09-cv-02057-MCE-GGH