1   JACKSON LEWIS LLP
    ROBERT J. SCHNACK (SBN 191987)
2   JERRY J. DESCHLER JR. (SBN 215691)
    801 K Street, Suite 2300
3   Sacramento, California 95814
    Telephone:     (916) 341-0404
4   Facsimile:     (916) 341-0141

5   Attorneys for Defendants
    THE HARTFORD aka HARTFORD FIRE
6   INS. CO. and HARTFORD FINANCIAL
    SERVICES GROUP, INC.
7

8   Christopher H. Whelan, Esq. (SBN 080823)
    CHRISTOPHER H. WHELAN, INC.
9   11246 Gold Express Drive, Suite 100
    Gold River, California 95670-4425
10  Telephone:     (916) 635-5577
    Facsimile:     (916) 635-9159
11

12  Attorney for Plaintiff
    LINDA K. DESROSIERS
13

14              UNITED STATES DISTRICT COURT

15            EASTERN DISTRICT OF CALIFORNIA

16                 SACRAMENTO DIVISION

17

18  LINDA K. DESROSIERS,                    Case No. 2:09-cv-02057-MCE-GGH

19                  Plaintiff,              **STIPULATION AND JOINT
                                            APPLICATION TO EXTEND
20       v.                                 DISCOVERY CUT-OFF AND MOTION
                                            HEARING DEADLINE;**
21  THE HARTFORD aka HARTFORD FIRE INS.
    CO., HARTFORD FINANCIAL SERVICES        **ORDER THEREON**
22  GROUP, INC., and DOES 1 through 20,
    inclusive,
23
                    Defendants.             Complaint Filed:  January 26, 2009
24                                          Trial Date:       January 22, 2013

25          Pursuant to Federal Rule of Civil Procedure 16(b)(4), and for good cause shown, Plaintiff

26  Linda K. Desrosiers ("Plaintiff") and Defendants THE HARTFORD aka HARTFORD FIRE INS.

27  CO. and HARTFORD FINANCIAL SERVICES GROUP, INC. (collectively hereinafter

28  "Defendants"), through their respective counsel of record, hereby stipulate and jointly request that

                                            1

1    the Court vacate the present discovery cut-off date of January 7, 2012, deadline to disclose expert

2    witnesses of February 7, 2012, deadline to disclosure rebuttal experts of March 7, 2012, and

3    deadline for hearing dispositive motions of April 10, 2012, and that the Court further continue

4    such dates by approximately 60-90 days to allow for mediation as set forth below.  **The requested**

5    **continuances will have no impact on the final pre-trial conference and trial dates in the**

6    **Court's Order Continuing Trial, dated October 27, 2011 (which modified paragraphs VII**

7    **and VIII of the Pretrial Scheduling Order)**.

8    THE PARTIES HEREBY STIPULATE AS FOLLOWS:

9        WHEREAS this matter is set for trial January 22, 2013.

10       WHEREAS the parties initially agreed to defer discovery due to Plaintiff's counsel's

11   impacted trial schedule, and counsel for the Parties have since diligently engaged in discovery in a

12   cooperative manner.  To date, the parties have exchanged written discovery and over 1,000 pages

13   of documentary evidence and have taken five depositions of key witnesses, including a full day of

14   Plaintiff's deposition.  Due to the complex legal and factual nature of the case, counsel for the

15   parties have agreed that Defendant may depose Plaintiff for up to an additional 3.5 hours beyond

16   the 7 hour limit in Federal Rule of Civil Procedure 30(d).  The parties have stipulated to participate

17   in private mediation, but must schedule the mediation around Plaintiff's counsel's trial schedule,

18   which included 4-week trial in late 2011.

19       WHEREAS the Court entered an order continuing the discovery and dispositive motions

20   on September 23, 2011 (doc. no. 11).  Subsequently, on October 27, 2011, the Court *sua sponte*

21   issued an Order Continuing Trial vacating prior dates in paragraphs VII and VIII of the Pretrial

22   Scheduling Order and continuing the Final Pretrial Conference to November 29, 2012 and the trial

23   date to November 15, 2012.

24       WHEREAS the parties have secured a mutually-agreeable mediation date of January 31,

25   2012.

26       Consequently, the parties agree that, in the interest of increasingly the likelihood of

27   successful mediation, further discovery, including completing the depositions of Plaintiff and her

28   / / /

Stipulation And Joint Application To Extend Discovery Cut-
Off and Motion Hearing Deadline; Order Thereon

DesRosiers v. The Hartford, et al.
Case No. 2:09-cv-02057-MCE-GGH

1  treating physicians, should be deferred until after mediation.  Consequently, good cause exists for

2  continuing the discovery deadlines set forth in the Orders as follows:

3      (1)    The deadline of January 7, 2012 to complete all non-expert discovery shall be

4          vacated and continued to April 7, 2012.

5      (2)    The deadline of February 7, 2012 to disclose experts and produce reports in

6          accordance with Federal Rule of Civil Procedure 26(a)(2) shall be vacated and

7          continued to May 7, 2012;

8      (3)    The deadline of March 7, 2012 to disclose experts and produce reports for expert

9          testimony intended solely for rebuttal in accordance with Federal Rule of Civil

10         Procedure 26(a)(2) shall be vacated and continued June 7, 2012; and

11     (4)    The deadline of April 10, 2012 to have dispositive motions heard shall be vacated

12         and continued to July 10, 2012.

13 IT IS SO STIPULATED.

14 Dated:  December 28, 2011        JACKSON LEWIS LLP

15

16         By:      _/s/ Jerry J. Deschler Jr._

17         ROBERT J. SCHNACK
        JERRY J. DESCHLER, JR.

18         Attorneys for Defendants
        THE HARTFORD aka HARTFORD FIRE INS. CO. and

19         HARTFORD FINANCIAL SERVICES GROUP, INC.

20

21 Dated:  December 28, 2011        CHRISTOPHER H. WHELAN, INC.

22

23         By:      _/s/ Christopher H. Whelan_

24         CHRISTOPHER H. WHELAN

25         Attorneys for Plaintiff
        LINDA K. DESROSIERS

26

27

28

3

Stipulation And Joint Application To Extend Discovery Cut-Off and Motion Hearing Deadline; Order Thereon        DesRosiers v. The Hartford, et al.
Case No. 2:09-cv-02057-MCE-GGH

1    Having reviewed the parties' stipulation, and good cause appearing therefore,

2    IT IS HEREBY ORDERED:

3    (1)    The deadline of January 7, 2012 to complete all non-expert discovery shall be

4           vacated and continued to April 7, 2012.

5    (2)    The deadline of February 7, 2012 to disclose experts and produce reports in

6           accordance with Federal Rule of Civil Procedure 26(a)(2) shall be vacated and

7           continued to May 7, 2012;

8    (3)    The deadline of March 7, 2012 to disclose experts and produce reports for expert

9           testimony intended solely for rebuttal in accordance with Federal Rule of Civil

10          Procedure 26(a)(2) shall be vacated and continued June 7, 2012; and

11   (4)    The deadline of April 10, 2012 to have dispositive motions heard shall be vacated

12          and continued to July 10, 2012.

13

14   Dated:  January 10, 2012

15

16                          MORRISON C. ENGLAND, JR
                            UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

4

Stipulation And Joint Application To Extend Discovery Cut-
Off and Motion Hearing Deadline;  Order Thereon

DesRosiers v. The Hartford, et al.
Case No. 2:09-cv-02057-MCE-GGH