1  JACKSON LEWIS LLP
ROBERT J. SCHNACK (SBN 191987)
2  JERRY J. DESCHLER JR. (SBN 215691)
801 K Street, Suite 2300
3  Sacramento, California 95814
Telephone:     (916) 341-0404
4  Facsimile:     (916) 341-0141

5  Attorneys for Defendants
THE HARTFORD aka HARTFORD FIRE
6  INS. CO. and HARTFORD FINANCIAL
SERVICES GROUP, INC.
7

8  Christopher H. Whelan, Esq. (SBN 080823)
CHRISTOPHER H. WHELAN, INC.
9  11246 Gold Express Drive, Suite 100
10  Gold River, California 95670-4425
Telephone:     (916) 635-5577
11  Facsimile:     (916) 635-9159

12  Attorney for Plaintiff
LINDA K. DESROSIERS
13

14              UNITED STATES DISTRICT COURT

15             EASTERN DISTRICT OF CALIFORNIA

16                  SACRAMENTO DIVISION

17

18  LINDA K. DESROSIERS,              Case No. 2:09-cv-02057-MCE-GGH

19            Plaintiff,               **STIPULATION AND JOINT
                                       APPLICATION TO EXTEND
20      v.                            DISCOVERY CUT-OFF AND MOTION
                                      HEARING DEADLINE;
21  THE HARTFORD aka HARTFORD FIRE INS.  ORDER THEREON**
CO., HARTFORD FINANCIAL SERVICES
22  GROUP, INC., and DOES 1 through 20,
inclusive,
23                                     Complaint Filed:  January 26, 2009
            Defendants.                Trial Date:       January 22, 2013
24

25         Pursuant to Federal Rule of Civil Procedure 16(b)(4), and for good cause shown, Plaintiff

26  Linda K. Desrosiers ("Plaintiff") and Defendants THE HARTFORD aka HARTFORD FIRE INS.

27  CO. and HARTFORD FINANCIAL SERVICES GROUP, INC. (collectively hereinafter

28  "Defendants"), through their respective counsel of record, hereby stipulate and jointly request that

                                        1

1   the Court vacate the present discovery cut-off date of April 7, 2012, deadline to disclose expert

2   witnesses of May 7, 2012, deadline to disclosure rebuttal experts of June 7, 2012, and deadline for

3   hearing dispositive motions of July 10, 2012, and that the Court further continue such dates by

4   approximately 30 days as set forth below.  **The requested continuances will have no impact on**

5   **the final pre-trial conference and trial dates in the Court's Order Continuing Trial, dated**

6   **October 27, 2011 (which modified paragraphs VII and VIII of the Pretrial Scheduling**

7   **Order)**.

8   THE PARTIES HEREBY STIPULATE AS FOLLOWS:

9        WHEREAS this matter is set for trial January 22, 2013.

10        WHEREAS the parties initially agreed to defer discovery due to Plaintiff's counsel's

11   impacted trial schedule, and counsel for the Parties have since diligently engaged in discovery in a

12   cooperative manner.  To date, the parties have exchanged written discovery and over 1,000 pages

13   of documentary evidence and have taken five depositions of key witnesses, including a full day of

14   Plaintiff's deposition.  Due to the complex legal and factual nature of the case, counsel for the

15   parties have agreed that Defendant may depose Plaintiff for up to an additional 3.5 hours beyond

16   the 7 hour limit in Federal Rule of Civil Procedure 30(d).  The parties have stipulated to participate

17   in private mediation, but must schedule the mediation around Plaintiff's counsel's trial schedule,

18   which included 4-week trial in late 2011.

19        WHEREAS the Court entered an order continuing the discovery and dispositive motions

20   on September 23, 2011 (doc. no. 11).  Subsequently, on October 27, 2011, the Court *sua sponte*

21   issued an Order Continuing Trial vacating prior dates in paragraphs VII and VIII of the Pretrial

22   Scheduling Order and continuing the Final Pretrial Conference to November 29, 2012 and the trial

23   date to November 15, 2012.

24        WHEREAS the parties secured a mutually-agreeable mediation date of January 31, 2012

25   and attempted to mediate the case, but were ultimately unsuccessful.  Since mediation, the parties

26   have communicated in good faith to formulate a mutually-agreeable discovery plan to complete all

27   anticipated remaining discovery, but have had to schedule such remaining discovery after the

28   / / /

Stipulation And Joint Application To Extend Discovery Cut-
Off and Motion Hearing Deadline; Order Thereon

DesRosiers v. The Hartford, et al.
Case No. 2:09-cv-02057-MCE-GGH

1   existing discovery cutoff due to counsel's full trial and litigation schedule and a planned vacation

2   out of the country.

3        Consequently, good cause exists for continuing the discovery deadlines set forth in the

4   Orders as follows:

5       (1)    The deadline of April 7, 2012 to complete all non-expert discovery shall be vacated

6           and continued to May 25, 2012.

7       (2)    The deadline of May 7, 2012 to disclose experts and produce reports in accordance

8           with Federal Rule of Civil Procedure 26(a)(2) shall be vacated and continued to

9           June 13, 2012;

10      (3)    The deadline of June 7, 2012 to disclose experts and produce reports for expert

11          testimony intended solely for rebuttal in accordance with Federal Rule of Civil

12          Procedure 26(a)(2) shall be vacated and continued to July 13, 2012; and

13      (4)    The deadline of July 10, 2012 to have dispositive motions heard shall be vacated

14          and continued to August 14, 2012.

15  IT IS SO STIPULATED.

16  Dated:  March 14, 2012              JACKSON LEWIS LLP

17

18                              By: _____*/s/ Jerry J. Deschler Jr.*_____

19                                ROBERT J. SCHNACK
                              JERRY J. DESCHLER, JR.

20                            Attorneys for Defendants
                          THE HARTFORD aka HARTFORD FIRE INS. CO. and

21                            HARTFORD FINANCIAL SERVICES GROUP, INC.

22

23  Dated:  March 12, 2012              CHRISTOPHER H. WHELAN, INC.

24

25                              By:_____/s/ Christopher H. Whelan_____

26                                CHRISTOPHER H. WHELAN

27                            Attorneys for Plaintiff
                          LINDA K. DESROSIERS

28

1    Having reviewed the parties' stipulation, and good cause appearing therefore,

2    IT IS HEREBY ORDERED:

3        (1)    The deadline of April 7, 2012 to complete all non-expert discovery shall be vacated

4              and continued to May 25, 2012.

5        (2)    The deadline of May 7, 2012 to disclose experts and produce reports in accordance

6              with Federal Rule of Civil Procedure 26(a)(2) shall be vacated and continued to

7              June 13, 2012;

8        (3)    The deadline of June 7, 2012 to disclose experts and produce reports for expert

9              testimony intended solely for rebuttal in accordance with Federal Rule of Civil

10             Procedure 26(a)(2) shall be vacated and continued to July 13, 2012; and

11       (4)    The deadline of July 10, 2012 to have dispositive motions heard shall be vacated

12             and continued to August 14, 2012.

13

14   Dated:  March 16, 2012

15   _____

16   MORRISON C. ENGLAND, JR
     UNITED STATES DISTRICT JUDGE

Stipulation And Joint Application To Extend Discovery Cut-        DesRosiers v. The Hartford, et al.
Off and Motion Hearing Deadline;  Order Thereon                  Case No. 2:09-cv-02057-MCE-GGH