JACKSON LEWIS LLP
ROBERT J. SCHNACK (SBN 191987)
JERRY J. DESCHLER JR. (SBN 215691)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone:   (916) 341-0404
Facsimile:   (916) 341-0141

Attorneys for Defendants
THE HARTFORD aka HARTFORD FIRE
INS. CO. and HARTFORD FINANCIAL
SERVICES GROUP, INC.

Christopher H. Whelan, Esq. (SBN 080823)
CHRISTOPHER H. WHELAN, INC.
11246 Gold Express Drive, Suite 100
Gold River, California 95670-4425
Telephone:   (916) 635-5577
Facsimile:   (916) 635-9159

Attorney for Plaintiff
LINDA K. DESROSIERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LINDA K. DESROSIERS,<br><br>Plaintiff,<br><br>v.<br><br>THE HARTFORD aka HARTFORD FIRE INS. CO., HARTFORD FINANCIAL SERVICES GROUP, INC., and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:09-cv-02057-MCE-GGH<br><br>**STIPULATION AND JOINT APPLICATION TO EXTEND DISCOVERY CUT-OFF AND MOTION HEARING DEADLINE;<br>ORDER THEREON**<br><br>Complaint Filed: January 26, 2009<br>Trial Date:   January 22, 2013 |

Pursuant to Federal Rule of Civil Procedure 16(b)(4), and for good cause shown, Plaintiff Linda K. Desrosiers ("Plaintiff") and Defendants THE HARTFORD aka HARTFORD FIRE INS. CO. and HARTFORD FINANCIAL SERVICES GROUP, INC. (collectively hereinafter "Defendants"), through their respective counsel of record, hereby stipulate and jointly request that

1

Stipulation And Joint Application To Extend Discovery Cut-Off and Motion Hearing Deadline; Order Thereon

DesRosiers v. The Hartford, et al.
Case No. 2:09-cv-02057-MCE-GGH

1  the Court vacate the present discovery cut-off date of April 7, 2012, deadline to disclose expert
2  witnesses of May 7, 2012, deadline to disclosure rebuttal experts of June 7, 2012, and deadline for
3  hearing dispositive motions of July 10, 2012, and that the Court further continue such dates by
4  approximately 30 days as set forth below.  **The requested continuances will have no impact on**
5  **the final pre-trial conference and trial dates in the Court's Order Continuing Trial, dated**
6  **October 27, 2011** (**which modified paragraphs VII and VIII of the Pretrial Scheduling**
7  **Order**).
8  THE PARTIES HEREBY STIPULATE AS FOLLOWS:
9      WHEREAS this matter is set for trial January 22, 2013.
10     WHEREAS the parties initially agreed to defer discovery due to Plaintiff's counsel's
11 impacted trial schedule, and counsel for the Parties have since diligently engaged in discovery in a
12 cooperative manner.  To date, the parties have exchanged written discovery and over 1,000 pages
13 of documentary evidence and have taken five depositions of key witnesses, including a full day of
14 Plaintiff's deposition.  Due to the complex legal and factual nature of the case, counsel for the
15 parties have agreed that Defendant may depose Plaintiff for up to an additional 3.5 hours beyond
16 the 7 hour limit in Federal Rule of Civil Procedure 30(d).  The parties have stipulated to participate
17 in private mediation, but must schedule the mediation around Plaintiff's counsel's trial schedule,
18 which included 4-week trial in late 2011.
19     WHEREAS the Court entered an order continuing the discovery and dispositive motions
20 on September 23, 2011 (doc. no. 11).  Subsequently, on October 27, 2011, the Court *sua sponte*
21 issued an Order Continuing Trial vacating prior dates in paragraphs VII and VIII of the Pretrial
22 Scheduling Order and continuing the Final Pretrial Conference to November 29, 2012 and the trial
23 date to November 15, 2012.
24     WHEREAS the parties secured a mutually-agreeable mediation date of January 31, 2012
25 and attempted to mediate the case, but were ultimately unsuccessful.  Since mediation, the parties
26 have communicated in good faith to formulate a mutually-agreeable discovery plan to complete all
27 anticipated remaining discovery, but have had to schedule such remaining discovery after the
28 / / /

2

Stipulation And Joint Application To Extend Discovery Cut-Off and Motion Hearing Deadline; Order Thereon

DesRosiers v. The Hartford, et al.
Case No. 2:09-cv-02057-MCE-GGH

existing discovery cutoff due to counsel's full trial and litigation schedule and a planned vacation out of the country.

Consequently, good cause exists for continuing the discovery deadlines set forth in the Orders as follows:

(1) The deadline of April 7, 2012 to complete all non-expert discovery shall be vacated and continued to May 25, 2012.

(2) The deadline of May 7, 2012 to disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be vacated and continued to June 13, 2012;

(3) The deadline of June 7, 2012 to disclose experts and produce reports for expert testimony intended solely for rebuttal in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be vacated and continued to July 13, 2012; and

(4) The deadline of July 10, 2012 to have dispositive motions heard shall be vacated and continued to August 14, 2012.

IT IS SO STIPULATED.

Dated: March 14, 2012            JACKSON LEWIS LLP


                                 By:    /s/ Jerry J. Deschler Jr.
                                    ROBERT J. SCHNACK
                                    JERRY J. DESCHLER, JR.

                                 Attorneys for Defendants
                                 THE HARTFORD aka HARTFORD FIRE INS. CO. and
                                 HARTFORD FINANCIAL SERVICES GROUP, INC.



Dated: March 12, 2012            CHRISTOPHER H. WHELAN, INC.


                                 By:    /s/ Christopher H. Whelan
                                    CHRISTOPHER H. WHELAN

                                 Attorneys for Plaintiff
                                 LINDA K. DESROSIERS

3

Stipulation And Joint Application To Extend Discovery Cut-         DesRosiers v. The Hartford, et al.
Off and Motion Hearing Deadline; Order Thereon                     Case No. 2:09-cv-02057-MCE-GGH

Having reviewed the parties' stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED:

(1) The deadline of April 7, 2012 to complete all non-expert discovery shall be vacated and continued to May 25, 2012.

(2) The deadline of May 7, 2012 to disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be vacated and continued to June 13, 2012;

(3) The deadline of June 7, 2012 to disclose experts and produce reports for expert testimony intended solely for rebuttal in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be vacated and continued to July 13, 2012; and

(4) The deadline of July 10, 2012 to have dispositive motions heard shall be vacated and continued to August 14, 2012.

Dated: March 16, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

4

Stipulation And Joint Application To Extend Discovery Cut-Off and Motion Hearing Deadline; Order Thereon

DesRosiers v. The Hartford, et al.
Case No. 2:09-cv-02057-MCE-GGH