JACKSON LEWIS LLP
ROBERT J. SCHNACK (SBN 191987)
JERRY J. DESCHLER JR. (SBN 215691)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone:   (916) 341-0404
Facsimile:    (916) 341-0141

Attorneys for Defendants
THE HARTFORD aka HARTFORD FIRE
INS. CO. and HARTFORD FINANCIAL
SERVICES GROUP, INC.


Christopher H. Whelan, Esq. (SBN 080823)
CHRISTOPHER H. WHELAN, INC.
11246 Gold Express Drive, Suite 100
Gold River, California 95670-4425
Telephone:   (916) 635-5577
Facsimile:    (916) 635-9159

Attorney for Plaintiff
LINDA K. DESROSIERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LINDA K. DESROSIERS,<br><br>                    Plaintiff,<br><br>       v.<br><br>THE HARTFORD aka HARTFORD FIRE INS. CO., HARTFORD FINANCIAL SERVICES GROUP, INC., and DOES 1 through 20, inclusive,<br><br>                    Defendants. | Case No. 2:09-cv-02057-MCE-GGH<br><br>**STIPULATION AND JOINT APPLICATION FOR LEAVE TO COMPLETE LIMITED DISCOVERY AFTER DISCOVERY CUT-OFF;**<br><br>**ORDER THEREON**<br><br><br>Complaint Filed: January 26, 2009<br>Trial Date:          January 22, 2013 |

Pursuant to Federal Rule of Civil Procedure 16(b)(4), and for good cause shown, Plaintiff Linda K. Desrosiers ("Plaintiff") and Defendants THE HARTFORD aka HARTFORD FIRE INS. CO. and HARTFORD FINANCIAL SERVICES GROUP, INC. (collectively hereinafter "Defendants"), through their respective counsel of record, hereby stipulate and jointly request that

1

1  the Court grant leave to complete limited discovery after the current discovery cutoff of May 25,
2  2012, consisting of:  (1) completing the deposition of third party witness, Cynthia Front, M.D.
3  (one of Plaintiff's treating physicians); and (2) completing a site inspection of Defendants'
4  premises.  **This request will have no impact on the deadline to disclose expert witnesses, the**
5  **deadline to hear dispositive motions, the final pre-trial conference and trial dates in the**
6  **Court's Order Continuing Trial, dated October 27, 2011 (which modified paragraphs VII**
7  **and VIII of the Pretrial Scheduling Order), or any other deadlines related to the present**
8  **case**.  Alternatively, the Parties jointly request that the Court vacate the present discovery cut-off
9  date of May 25, 2012 and continue the cutoff by approximately 30 days to allow for completion of
10 the above-referenced discovery and any necessary proceedings related thereto.
11 THE PARTIES HEREBY STIPULATE AS FOLLOWS:
12         WHEREAS this matter is set for trial January 22, 2013.
13         WHEREAS the parties initially agreed to defer discovery due to Plaintiff's counsel's
14 impacted trial schedule, and counsel for the Parties have since diligently engaged in discovery in a
15 cooperative manner and have completed all non-expert witness discovery other than Defendant's
16 deposition of Cynthia Front, M.D. and Plaintiff's inspection of Defendants' premises.
17         WHEREAS the Court entered an order continuing the discovery and dispositive motions
18 on September 23, 2011 (doc. no. 11).  Subsequently, on October 27, 2011, the Court *sua sponte*
19 issued an Order Continuing Trial vacating prior dates in paragraphs VII and VIII of the Pretrial
20 Scheduling Order and continuing the Final Pretrial Conference to November 29, 2012 and the trial
21 date to November 15, 2012.
22         WHEREAS with respect to the deposition of Cynthia Front, M.D., Dr. Front is one of
23 Plaintiff's treating physicians relating to Plaintiff's emotional distress, and has treated Plaintiff for
24 approximately 12 years.  Defendants conferred with Plaintiff's counsel and Dr. Front for several
25 months to obtain mutually-agreeable dates for her deposition.  Defendants issued two separate
26 subpoenas to Dr. Front at her two separate office locations, the second of which had a production
27 date of April 2, 2012.  Dr. Front asserted privilege, and Defendants thereafter filed a motion and
28 obtained an Order from Northern District of California Judge William Alsup, dated May 8, 2012,

2

Stipulation And Joint Application For Leave To Complete                    DesRosiers v. The Hartford, et al.
Limited Discovery After Discovery Cut-Off; Order Thereon                   Case No. 2:09-cv-02057-MCE-GGH

1  compelling Dr. Front's compliance with Defendants' records subpoena and deposition subpoena.
2  Defendants initially planned to depose Dr. Front after the production date.  Due to scheduling
3  conflicts caused by Dr. Front's patient treatment schedule and travel plans, and Plaintiff's
4  counsel's busy trial schedule, the deposition was rescheduled for the mutually-agreeable date of
5  May 18, 2012.  However, after the deposition was scheduled to take place on that date, a
6  scheduling conflict arose in Plaintiff's counsel's schedule.  Moreover, Dr. Front stated she needs
7  additional time to compile and produce records in response to Defendants' subpoena and Judge
8  Alsup's order.  The parties are working together with one another and Dr. Front to schedule a
9  mutually-agreeable deposition date within the next 30 days.

10  WHEREAS Plaintiff's counsel has requested to conduct a site inspection of Defendants'
11  premises, and the parties are working together with one another to schedule a mutually-agreeable
12  date within the next 30 days.

13  WHEREAS the Parties are not seeking to conduct any other non-expert discovery in the
14  case past the discovery cutoff other than the deposition of Dr. Front and Plaintiff's inspection of
15  Defendants' premises, and any proceedings related thereto.

16  Consequently, good cause exists for permitting the following limited discovery after the
17  discovery cutoff as follows:

18  (1)  The deadline for Defendants to complete discovery relating to completion of the
19      deposition of Cynthia Front, M.D. and compliance with Defendant's subpoenas,
20      shall be June 25, 2012; and
21  (2)  The deadline for Plaintiff to complete discovery relating to the site inspection of
22      Defendants' premises shall be June 25, 2012.

23  Alternatively, good cause exists for the Court to vacate the present discovery cut-off date
24  of May 25, 2012 and continue the cutoff by approximately 30 days to allow for completion of the
25  above-referenced discovery and any necessary proceedings related thereto.

26  IT IS SO STIPULATED.
27  ///
28  ///

3

Dated:  May 18, 2012　　　　JACKSON LEWIS LLP


By: /s/ *Jerry J. Deschler Jr.*
　　ROBERT J. SCHNACK
　　JERRY J. DESCHLER, JR.

Attorneys for Defendants
THE HARTFORD aka HARTFORD FIRE INS. CO. and HARTFORD FINANCIAL SERVICES GROUP, INC.


Dated:  May 18, 2012　　　　CHRISTOPHER H. WHELAN, INC.


By: /s/ *Christopher H. Whelan* [as approved on 5/18/12]
　　CHRISTOPHER H. WHELAN

Attorneys for Plaintiff
LINDA K. DESROSIERS

## **ORDER**

Having reviewed the parties' stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED:

(1)　The deadline for Defendants to complete discovery relating to completion of the deposition of Cynthia Front, M.D. and compliance with Defendant's subpoenas, shall be June 25, 2012; and

(2)　The deadline for Plaintiff to complete discovery relating to the site inspection of Defendants' premises shall be June 25, 2012.

Dated:  May 25, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

4

Stipulation And Joint Application For Leave To Complete　　　　DesRosiers v. The Hartford, et al.
Limited Discovery After Discovery Cut-Off; Order Thereon　　　　Case No. 2:09-cv-02057-MCE-GGH