Christopher H. Whelan, Esq. (SBN 080823)
CHRISTOPHER H. WHELAN, INC.
11246 Gold Express Drive, Suite 100
Gold River, California 95670-4425
Telephone:    (916) 635-5577
Facsimile:    (916) 635-9159

Attorney for Plaintiff
LINDA K. DESROSIERS


JACKSON LEWIS LLP
ROBERT J. SCHNACK (SBN 191987)
JERRY J. DESCHLER JR. (SBN 215691)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone:    (916) 341-0404
Facsimile:    (916) 341-0141

Attorneys for Defendants
THE HARTFORD aka HARTFORD FIRE
INS. CO. and HARTFORD FINANCIAL
SERVICES GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LINDA K. DESROSIERS,<br><br>    Plaintiff,<br><br>    v.<br><br>THE HARTFORD aka HARTFORD FIRE INS. CO., HARTFORD FINANCIAL SERVICES GROUP, INC., and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:09-cv-02057-MCE-GGH<br><br>**STIPULATION AND JOINT APPLICATION TO CONTINUE DEADLINE FOR HEARING DISPOSITIVE MOTIONS DUE TO TRIAL SCHEDULE AND MEDICAL LEAVE OF COUNSEL;**<br><br>**ORDER THEREON**<br><br>Complaint Filed: January 26, 2009<br>Trial Date:      January 22, 2013 |

Pursuant to Federal Rule of Civil Procedure 16(b)(4), and for good cause shown, Plaintiff Linda K. Desrosiers ("Plaintiff") and Defendants The Hartford aka Hartford Fire Ins. Co. and Hartford Financial Services Group, Inc. (collectively hereinafter "Defendants"), through their respective counsel of record, hereby stipulate and jointly request that the Court vacate the present

1

deadline of August 14, 2012 for hearing dispositive motions and continue the deadline for hearing dispositive motions approximately 45 days.

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

WHEREAS this matter is set for trial January 22, 2013.

WHEREAS the current deadline for the Court to hear dispositive motions is August 14, 2012.

WHEREAS counsel for Plaintiff is scheduled to begin a five-week jury trial on July 9, 2012. Defendant presently plans to file a motion for summary judgment to be heard on August 9, 2012 in compliance with the current deadline for hearing dispositive motions. Due to Plaintiff's counsel's trial schedule, Plaintiff's counsel would be effectively unable to oppose such a motion.

WHEREAS lead counsel for Defendant, Robert J. Schnack is scheduled to begin a medical leave of absence on June 27, 2012, which is expected to last until July 23, 2012 or later.

Consequently, good cause exists for continuing the deadline to hear dispositive motions as follows: The deadline of August 14, 2012 for hearing dispositive motions shall be continued to September 29, 2012.

IT IS SO STIPULATED.

Dated: June 25, 2012                    CHRISTOPHER H. WHELAN, INC.


By: /s/ Christopher H. Whelan
    CHRISTOPHER H. WHELAN
Attorneys for Plaintiff
LINDA K. DESROSIERS

Dated: June 25, 2012                    JACKSON LEWIS LLP


By: /s/ Jerry J. Deschler
    ROBERT J. SCHNACK
    JERRY J. DESCHLER, JR.
Attorneys for Defendants
THE HARTFORD aka HARTFORD FIRE INS. CO. and
HARTFORD FINANCIAL SERVICES GROUP, INC.

2

Stipulation And Joint Application For Leave To Complete                 DesRosiers v. The Hartford, et al.
Deadline for Hearing Dispositive Motions; Order Thereon                 Case No. 2:09-cv-02057-MCE-GGH

# **ORDER**

Having reviewed the parties' stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED:

The deadline of August 14, 2012 for hearing dispositive motions shall be continued to September 29, 2012.

Dated: July 5, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3

Stipulation And Joint Application For Leave To Complete                    DesRosiers v. The Hartford, et al.
Deadline for Hearing Dispositive Motions; Order Thereon                    Case No. 2:09-cv-02057-MCE-GGH