1  Christopher H. Whelan, Esq. (SBN 080823)
2  CHRISTOPHER H. WHELAN, INC.
   11246 Gold Express Drive, Suite 100
3  Gold River, California 95670-4425
   Telephone:     (916) 635-5577
4  Facsimile:     (916) 635-9159

5  Attorney for Plaintiff
   LINDA K. DESROSIERS
6

7  JACKSON LEWIS LLP
   ROBERT J. SCHNACK (SBN 191987)
8  JERRY J. DESCHLER JR. (SBN 215691)
   801 K Street, Suite 2300
9  Sacramento, California 95814
   Telephone:     (916) 341-0404
10 Facsimile:     (916) 341-0141

11 Attorneys for Defendants
   THE HARTFORD aka HARTFORD FIRE
12 INS. CO. and HARTFORD FINANCIAL
   SERVICES GROUP, INC.
13

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16                        SACRAMENTO DIVISION

17

18 LINDA K. DESROSIERS,                    Case No. 2:09-cv-02057-MCE-GGH

19                 Plaintiff,              **STIPULATION AND JOINT**
                                           **APPLICATION TO CONTINUE**
20          v.                             **DEADLINE FOR HEARING**
                                           **DISPOSITIVE MOTIONS DUE TO**
21 THE HARTFORD aka HARTFORD FIRE INS.     **TRIAL SCHEDULE AND MEDICAL**
   CO., HARTFORD FINANCIAL SERVICES        **LEAVE OF COUNSEL;**
22 GROUP, INC., and DOES 1 through 20,
   inclusive,                              **ORDER THEREON**
23
                   Defendants.            Complaint Filed:  January 26, 2009
24                                         Trial Date:      January 22, 2013

25        Pursuant to Federal Rule of Civil Procedure 16(b)(4), and for good cause shown, Plaintiff

26 Linda K. Desrosiers ("Plaintiff") and Defendants The Hartford aka Hartford Fire Ins. Co. and

27 Hartford Financial Services Group, Inc. (collectively hereinafter "Defendants"), through their

28 respective counsel of record, hereby stipulate and jointly request that the Court vacate the present

                                           1

1    deadline of August 14, 2012 for hearing dispositive motions and continue the deadline for hearing

2    dispositive motions approximately 45 days.

3    THE PARTIES HEREBY STIPULATE AS FOLLOWS:

4         WHEREAS this matter is set for trial January 22, 2013.

5         WHEREAS the current deadline for the Court to hear dispositive motions is August 14,

6    2012.

7         WHEREAS counsel for Plaintiff is scheduled to begin a five-week jury trial on July 9,

8    2012.  Defendant presently plans to file a motion for summary judgment to be heard on August 9,

9    2012 in compliance with the current deadline for hearing dispositive motions.  Due to Plaintiff's

10   counsel's trial schedule, Plaintiff's counsel would be effectively unable to oppose such a motion.

11        WHEREAS lead counsel for Defendant, Robert J. Schnack is scheduled to begin a medical

12   leave of absence on June 27, 2012, which is expected to last until July 23, 2012 or later.

13        Consequently, good cause exists for continuing the deadline to hear dispositive motions as

14   follows:  The deadline of August 14, 2012 for hearing dispositive motions shall be continued to

15   September 29, 2012.

16   IT IS SO STIPULATED.

17   Dated:  June 25, 2012          CHRISTOPHER H. WHELAN, INC.

18

19                                 By: /s/ Christopher H. Whelan
                                       CHRISTOPHER H. WHELAN
20
                                   Attorneys for Plaintiff
21                                 LINDA K. DESROSIERS

22   Dated:  June 25, 2012          JACKSON LEWIS LLP

23

24                                 By:  /s/ Jerry J. Deschler
                                        ROBERT J. SCHNACK
25                                      JERRY J. DESCHLER, JR.

26                                 Attorneys for Defendants
                                   THE HARTFORD aka HARTFORD FIRE INS. CO. and
27                                 HARTFORD FINANCIAL SERVICES GROUP, INC.

28

2

1

**<u>ORDER</u>**

2

 Having reviewed the parties' stipulation, and good cause appearing therefore,

3

IT IS HEREBY ORDERED:

4

 The deadline of August 14, 2012 for hearing dispositive motions shall be continued to

5

September 29, 2012.

6

7

Dated:  July 5, 2012

8

_____
MORRISON C. ENGLAND, JR

9

UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3