UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA K. DESROSIERS, | No. 2:09-cv-02057-MCE-GGH |
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL |
| HARTFORD FIRE INSURANCE COMPANY, AKA THE HARTFORD, | |
| Defendant. | |

YOU ARE HEREBY NOTIFIED the January 22, 2013 jury trial is vacated and continued to **July 29, 2013**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **July 8, 2013.** Counsel are directed to Local Rule 285 regarding the content of trial briefs.

Accordingly, the November 29, 2012 Final Pretrial Conference is vacated and continued to **May 30, 2013**, at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **May 9, 2013** and shall comply with the procedures outlined in the Court's Pretrial Scheduling Order. The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.

1

Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **May 9, 2013**. Oppositions must be filed by **May 16, 2013** and any reply must be filed by **May 23, 2013**. The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: July 5, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2