Christopher H. Whelan, Esq. (SBN 080823)
CHRISTOPHER H. WHELAN, INC.
11246 Gold Express Drive, Suite 100
Gold River, California 95670-4425
Telephone:   (916) 635-5577
Facsimile:   (916) 635-9159

Attorney for Plaintiff
LINDA K. DESROSIERS


JACKSON LEWIS LLP
ROBERT J. SCHNACK (SBN 191987)
JERRY J. DESCHLER JR. (SBN 215691)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone:   (916) 341-0404
Facsimile:   (916) 341-0141

Attorneys for Defendants
THE HARTFORD aka HARTFORD FIRE
INS. CO. and HARTFORD FINANCIAL
SERVICES GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LINDA K. DESROSIERS,<br><br>    Plaintiff,<br><br>    v.<br><br>THE HARTFORD aka HARTFORD FIRE INS. CO., HARTFORD FINANCIAL SERVICES GROUP, INC., and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:09-cv-02057-MCE-GGH<br><br>**STIPULATION AND JOINT APPLICATION TO CONTINUE DEADLINE FOR HEARING DISPOSITIVE MOTIONS DUE TO TRIAL SCHEDULE AND MEDICAL LEAVE OF COUNSEL;**<br><br>**ORDER THEREON**<br><br>Complaint Filed: January 26, 2009<br>Trial Date:   July 29, 2013 |

Pursuant to Federal Rule of Civil Procedure 16(b)(4), and for good cause shown, Plaintiff Linda K. Desrosiers ("Plaintiff") and Defendants The Hartford aka Hartford Fire Ins. Co. and Hartford Financial Services Group, Inc. (collectively hereinafter "Defendants"), through their respective counsel of record, hereby stipulate and jointly request that the Court vacate the present

1

1  deadline of September 29, 2012 for hearing dispositive motions and continue the deadline for
2  hearing dispositive motions approximately 45 days.  This request will not impact the trail date or
3  any other deadlines, and will still allow dispositive motions to be heard approximately eight
4  months before trial.

5  THE PARTIES HEREBY STIPULATE AS FOLLOWS:

6  WHEREAS this matter is set for trial July 29, 2013.

7  WHEREAS the deadline for the Court to hear dispositive motions is September 29, 2012.

8  WHEREAS counsel for Plaintiff recently concluded a five-week jury trial that began July
9  9, 2012, and counsel for both parties have an impacted trial preparation schedule over the next
10 several months.

11 WHEREAS lead counsel for Defendant, Robert J. Schnack has only just returned from a
12 medical leave of absence that followed a four-week jury trial of his own and, due to the length of
13 that medical leave, has not had sufficient opportunity to prepare a dispositive motion.

14 Consequently, good cause exists for continuing the deadline to hear dispositive motions as
15 follows:  The deadline of September 29, 2012 for hearing dispositive motions shall be continued to
16 November 15, 2012.

17 IT IS SO STIPULATED.

18 Dated:  August 16, 2012          CHRISTOPHER H. WHELAN, INC.

20                                  By:_____
21                                       CHRISTOPHER H. WHELAN
                                    Attorneys for Plaintiff
22                                  LINDA K. DESROSIERS

23 Dated:  August 16, 2012          JACKSON LEWIS LLP

25                                  By: _____
                                        ROBERT J. SCHNACK
26                                      JERRY J. DESCHLER, JR.
                                    Attorneys for Defendants
27                                  THE HARTFORD aka HARTFORD FIRE INS. CO. and
                                    HARTFORD FINANCIAL SERVICES GROUP, INC.
28

**ORDER**

Having reviewed the parties' stipulation, and good cause appearing therefore:

The deadline of September 29, 2012 for hearing dispositive motions shall be continued to November 15, 2012.

Dated: August 22, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3

Stipulation And Joint Application For Leave To Complete                    DesRosiers v. The Hartford, et al.
Deadline for Hearing Dispositive Motions; Order Thereon                    Case No. 2:09-cv-02057-MCE-GGH