1   Christopher H. Whelan, Esq. (SBN 080823)
    CHRISTOPHER H. WHELAN, INC.
2   11246 Gold Express Drive, Suite 100
    Gold River, California 95670-4425
3   Telephone:      (916) 635-5577
    Facsimile:      (916) 635-9159
4
5   Attorney for Plaintiff
    LINDA K. DESROSIERS
6

7   JACKSON LEWIS LLP
    ROBERT J. SCHNACK (SBN 191987)
8   JERRY J. DESCHLER JR. (SBN 215691)
    801 K Street, Suite 2300
9   Sacramento, California 95814
    Telephone:      (916) 341-0404
10  Facsimile:      (916) 341-0141

11  Attorneys for Defendants
    THE HARTFORD aka HARTFORD FIRE
12  INS. CO. and HARTFORD FINANCIAL
    SERVICES GROUP, INC.

13

14                      UNITED STATES DISTRICT COURT

15                     EASTERN DISTRICT OF CALIFORNIA

16                          SACRAMENTO DIVISION

17

18  LINDA K. DESROSIERS,                   Case No. 2:09-cv-02057-MCE-GGH

19              Plaintiff,                 **STIPULATION AND JOINT**
                                           **APPLICATION TO REQUEST**
20       v.                                **ADDITIONAL PAGES FOR MOTION**
                                           **FOR SUMMARY JUDGMENT;**
21  THE HARTFORD aka HARTFORD FIRE INS.
    CO., HARTFORD FINANCIAL SERVICES       **ORDER THEREON**
22  GROUP, INC., and DOES 1 through 20,
    inclusive,
23
                Defendants.                Complaint Filed:  January 26, 2009
24                                         Trial Date:       July 29, 2013

25          Pursuant to paragraph VI of the Court's Pretrial Scheduling Order dated November 30,

26  2009, and for good cause shown, Plaintiff Linda K. Desrosiers ("Plaintiff") and Defendants The

27  Hartford aka Hartford Fire Ins. Co. and Hartford Financial Services Group, Inc. (collectively

28  hereinafter "Defendants"), through their respective counsel of record, hereby stipulate and jointly

                                            1

1   request that the Court grant relief from the page limit of twenty pages for initial moving papers

2   and opposition papers, and the page limit of ten pages for reply papers in connection with

3   Defendants' Motion for Summary Judgment, which will be heard on or about November 15, 2012.

4   Specifically, Plaintiff and Defendants (the "Parties") stipulate and request that the page limits be

5   increased as set forth below.

6   GOOD CAUSE EXISTS ON THE FOLLOWING GROUNDS:

7        (1)    Plaintiff's Complaint alleges the following five causes of action, plus a claim for

8                punitive damages, all of which Defendants seek to have summarily adjudicated:

9                (1) disability discrimination; (2) failure to accommodate; (3) failure to engage in

10               interactive process; (4) retaliation; and (5) failure to prevent and remedy

11               discrimination.

12       (2)    Defendant has multiple defenses to Plaintiff's claims and, therefore, will have

13               twelve separate issues to brief in its motion for summary judgment.

14       (3)    Plaintiff and her treating physicians requested eight separate, specific

15               accommodations for her medical condition, and Hartford suggested several

16               additional accommodations.  Each of these requires separate legal analysis, and

17               several of these accommodations has its own separate body of case law analyzing

18               whether such an accommodation is reasonable, which must be set forth in

19               Defendants' motion.

20       (4)    The nature of a claim for failure to engage in the interactive process to determine

21               reasonable accommodations for a disability necessarily involves analysis of

22               communications between the parties.  Here, the interactive process regarding

23               Plaintiff began in July 2006 and ended in July 2007 when Plaintiff finally resigned.

24               Plaintiff's 30-page summary, email communications produced by the parties, and

25               other documents set forth literally dozens of communications between the parties

26               over that one-year period as part of the interactive process.

27       (5)    Defendants have worked diligently to condense their legal and factual analysis of

28               Plaintiff's claims in their memorandum of points and authorities in support of their

1    motion for summary judgment.   After extensive condensing and editing,

2    Defendants' memorandum of points and authorities is twenty-eight pages long.

3    Defendants do not believe they can adequately present grounds for dismissing

4    Plaintiff's claims in less than twenty-eight pages.   Plaintiff similarly believes she

5    may need approximately twenty-eight pages to argue in opposition to Defendants'

6    motion.

7  BASED ON THE FOREGOING, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

8        The page limits for the Parties' memoranda of points and authorities relating to

9  Defendants' motion for summary judgment should be increased as follows:

10       Initial moving papers:        28 pages

11       Opposition papers:            28 pages

12       Reply papers:                 12 pages

13  Alternatively, the Parties request that the Court grant a page limitation in whatever additional

14  amount as the Court sees fit to grant.

15  IT IS SO STIPULATED.

16  Dated:  September __, 2012          CHRISTOPHER H. WHELAN, INC.

17

18                                      By:_____
                                            CHRISTOPHER H. WHELAN
19
                                        Attorneys for Plaintiff
20                                      LINDA K. DESROSIERS

21
    Dated:  September __, 2012          JACKSON LEWIS LLP
22

23
                                        By: _____
24                                          ROBERT J. SCHNACK
                                            JERRY J. DESCHLER, JR.
25
                                        Attorneys for Defendants
26                                      THE HARTFORD aka HARTFORD FIRE INS. CO. and
                                        HARTFORD FINANCIAL SERVICES GROUP, INC.

27

28

                                          3

1

**ORDER**

2          Having reviewed the parties' stipulation, and good cause appearing therefore,

3    IT IS HEREBY ORDERED:

4          The page limits for the Parties' memoranda of points and authorities relating to

5    Defendants' motion for summary judgment should be increased as follows:

6          Initial moving papers:          __28___ pages

7          Opposition papers:              __28___ pages

8          Reply papers:                   __12___ pages

9

     Dated:  September 28, 2012

10

11    _____
      MORRISON C. ENGLAND, JR
12    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4