1   Christopher H. Whelan, Esq. (SBN 080823)
    CHRISTOPHER H. WHELAN, INC.
2   11246 Gold Express Drive, Suite 100
3   Gold River, California 95670-4425
    Telephone:     (916) 635-5577
4   Facsimile:     (916) 635-9159

5   Attorney for Plaintiff
    LINDA K. DESROSIERS
6

7   JACKSON LEWIS LLP
    ROBERT J. SCHNACK (SBN 191987)
8   JERRY J. DESCHLER JR. (SBN 215691)
    801 K Street, Suite 2300
9   Sacramento, California 95814
    Telephone:     (916) 341-0404
10  Facsimile:     (916) 341-0141

11  Attorneys for Defendants
    THE HARTFORD aka HARTFORD FIRE
12  INS. CO. and HARTFORD FINANCIAL
    SERVICES GROUP, INC.
13

14                  UNITED STATES DISTRICT COURT

15              EASTERN DISTRICT OF CALIFORNIA

16                    SACRAMENTO DIVISION

17

18  LINDA K. DESROSIERS,                 Case No. 2:09-cv-02057-MCE-GGH

19              Plaintiff,                STIPULATION AND JOINT
                                          APPLICATION TO REQUEST
20       v.                               ADDITIONAL PAGES FOR MOTION
                                          FOR SUMMARY JUDGMENT;
21  THE HARTFORD aka HARTFORD FIRE INS.
    CO., HARTFORD FINANCIAL SERVICES      ORDER THEREON
22  GROUP, INC., and DOES 1 through 20,
    inclusive,
23
                Defendants.               Complaint Filed:  January 26, 2009
24                                         Trial Date:        July 29, 2013

25       Pursuant to paragraph VI of the Court's Pretrial Scheduling Order dated November 30,

26  2009, and for good cause shown, Plaintiff Linda K. Desrosiers ("Plaintiff") and Defendants The

27  Hartford aka Hartford Fire Ins. Co. and Hartford Financial Services Group, Inc. (collectively

28  hereinafter "Defendants"), through their respective counsel of record, hereby stipulate and jointly

                                          1

request that the Court grant relief from the page limit of twenty pages for initial moving papers and opposition papers, and the page limit of ten pages for reply papers in connection with Defendants' Motion for Summary Judgment, which will be heard on or about November 15, 2012. Specifically, Plaintiff and Defendants (the "Parties") stipulate and request that the page limits be increased as set forth below.

GOOD CAUSE EXISTS ON THE FOLLOWING GROUNDS:

(1)     Plaintiff's Complaint alleges the following five causes of action, plus a claim for punitive damages, all of which Defendants seek to have summarily adjudicated: (1) disability discrimination; (2) failure to accommodate; (3) failure to engage in interactive process; (4) retaliation; and (5) failure to prevent and remedy discrimination.

(2)     Defendant has multiple defenses to Plaintiff's claims and, therefore, will have twelve separate issues to brief in its motion for summary judgment.

(3)     Plaintiff and her treating physicians requested eight separate, specific accommodations for her medical condition, and Hartford suggested several additional accommodations.  Each of these requires separate legal analysis, and several of these accommodations has its own separate body of case law analyzing whether such an accommodation is reasonable, which must be set forth in Defendants' motion.

(4)     The nature of a claim for failure to engage in the interactive process to determine reasonable accommodations for a disability necessarily involves analysis of communications between the parties.  Here, the interactive process regarding Plaintiff began in July 2006 and ended in July 2007 when Plaintiff finally resigned. Plaintiff's 30-page summary, email communications produced by the parties, and other documents set forth literally dozens of communications between the parties over that one-year period as part of the interactive process.

(5)     Defendants have worked diligently to condense their legal and factual analysis of Plaintiff's claims in their memorandum of points and authorities in support of their

2

Stipulation And Joint Application to Request Additional
Pages for Motion for Summary Judgment;  Order Thereon

DesRosiers v. The Hartford, et al.
Case No. 2:09-cv-02057-MCE-GGH

1   motion for summary judgment.   After extensive condensing and editing,

2   Defendants' memorandum of points and authorities is twenty-eight pages long.

3   Defendants do not believe they can adequately present grounds for dismissing

4   Plaintiff's claims in less than twenty-eight pages.  Plaintiff similarly believes she

5   may need approximately twenty-eight pages to argue in opposition to Defendants'

6   motion.

7   BASED ON THE FOREGOING, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

8   The page limits for the Parties' memoranda of points and authorities relating to

9   Defendants' motion for summary judgment should be increased as follows:

10   Initial moving papers:          28 pages

11   Opposition papers:              28 pages

12   Reply papers:                   12 pages

13   Alternatively, the Parties request that the Court grant a page limitation in whatever additional

14   amount as the Court sees fit to grant.

15   IT IS SO STIPULATED.

16   Dated:  September __, 2012           CHRISTOPHER H. WHELAN, INC.

17

18   By:_____
19         CHRISTOPHER H. WHELAN

     Attorneys for Plaintiff
20   LINDA K. DESROSIERS

21   Dated:  September __, 2012           JACKSON LEWIS LLP
22

23   By: _____
24         ROBERT J. SCHNACK
           JERRY J. DESCHLER, JR.
25
     Attorneys for Defendants
26   THE HARTFORD aka HARTFORD FIRE INS. CO. and
     HARTFORD FINANCIAL SERVICES GROUP, INC.

27

28

1

## **ORDER**

2      Having reviewed the parties' stipulation, and good cause appearing therefore,

3  IT IS HEREBY ORDERED:

4      The page limits for the Parties' memoranda of points and authorities relating to

5  Defendants' motion for summary judgment should be increased as follows:

6      Initial moving papers:      __28___  pages

7      Opposition papers:      __28___  pages

8      Reply papers:      __12___  pages

9

10  Dated:  September 28, 2012

11  _____
    MORRISON C. ENGLAND, JR

12  UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28