1  CHRISTOPHER H. WHELAN, INC.
   Christopher H. Whelan (SBN 80823)
2  11246 Gold Express Drive, Suite 100
   Gold River, California 95670
3  Telephone:    (916) 635-5577
   Facsimile:    (916) 635-9159
4
   Attorneys for Plaintiff,
5  LINDA K. DESROSIERS

6

   JACKSON LEWIS LLP
7  ROBERT J. SCHNACK (SBN 191987)
   JERRY J. DESCHLER JR. (SBN 215691)
8  801 K Street, Suite 2300
   Sacramento, CA 95814
9  Telephone:    (916) 341-0404
   Facsimile:    (916) 341-0141
10
   Attorneys for Defendants
11 THE HARTFORD aka HARTFORD FIRE
   INS. CO. And HARTFORD FINANCIAL
12 SERVICES GROUP, INC.

13
                    UNITED STATES DISTRICT COURT
14
                    EASTERN DISTRICT OF CALIFORNIA
15
                    SACRAMENTO DIVISION
16

17

18  LINda K. DESROSIERS,              )   Case No. 2:09-cv-02057-MCE-GGH
                                      )
19       Plaintiff,                   )   **STIPULATION AND JOINT**
                                      )   **APPLICATION TO CONTINUE**
20    v.                              )   **DEADLINE FOR HEARING**
                                      )   **DISPOSITIVE MOTIONS DUE**
21  THE HARTFORD aka HARTFORD         )   **TO SCHEDULE CONFLICTS;**
    FIRE INS. CO.,  HARTFORD          )
22  FINANCIAL SERVICES GROUP,         )   **ORDER THEREON**
    INC., and DOES 1 through 20,      )
23  inclusive,                        )   Complaint Filed:   January 26, 2009
                                      )   Trial Date:        July 29, 2013
24       Defendants.                  )
    _____    )
25

26
         Pursuant to Federal Rule of Civil Procedure 16(b)(4), and for good cause shown, Plaintiff
27
    Linda K. DesRosiers ("Plaintiff") and Defendants The Hartford aka Hartford Fire Ins. Co. and
28
                                        1

Hartford Financial Services Group, Inc. (collectively hereinafter "Defendants"), through their respective counsel of record, hereby stipulate and jointly request that the Court vacate the present deadline of November 15, 2012 for hearing dispositive motions and continue the deadline for hearing dispositive motions approximately 28 days. This request will not impact the trial date or any other deadlines, and will still allow dispositive motions to be heard approximately seven months before trial.

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

WHEREAS this matter is set for trial on July 29, 2013.

WHEREAS the deadline for the Court to hear dispositive motions is November 15, 2012.

WHEREAS counsel for Plaintiff has a number of commitments that will make it impossible to prepare a response to the extensive summary judgment to be filed in this action including a series of events that cannot be rescheduled that will require him to be out of town, in addition to mediation and a recently scheduled appellate oral argument in a complex media defendant defamation case.

Consequently, good cause exists for continuing the deadline to hear dispositive motions as follows: The deadline of November 15, 2012 for hearing dispositive motions shall be continued to December 13, 2012.

IT IS SO STIPULATED.

Dated: September 25, 2012                    CHRISTOPHER H. WHELAN, INC.

                                             By: _____/S/_____

                                              Christopher H. Whelan
                                              Attorneys for Plaintiff
                                              LINDA K. DESROSIERS

2

Dated: September 25, 2012                      JACKSON LEWIS LLP


                                               By:_/S/_____
                                                  ROBERT J. SCHNACK
                                                  JERRY J. DESCHLER, JR.

                                                Attorneys for Defendants
                                                THE HARTFORD aka HARTFORD FIRE
                                                INS.CO and HARTFORD FINANCIAL
                                                SERVICES GROUP, INC.

**ORDER**

Having reviewed the parties' stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that the deadline of November 15, 2012 for hearing dispositive motions shall be continued to December 13, 2012.

Dated: October 4, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE