1  CHRISTOPHER H. WHELAN, INC.
   Christopher H. Whelan (SBN 80823)
2  11246 Gold Express Drive, Suite 100
   Gold River, California 95670
3  Telephone:    (916) 635-5577
   Facsimile:    (916) 635-9159
4
   Attorneys for Plaintiff,
5  LINDA K. DESROSIERS

6

   JACKSON LEWIS LLP
7  ROBERT J. SCHNACK (SBN 191987)
   JERRY J. DESCHLER JR. (SBN 215691)
8  801 K Street, Suite 2300
   Sacramento, CA 95814
9  Telephone:    (916) 341-0404
   Facsimile:    (916) 341-0141
10
   Attorneys for Defendants
11 THE HARTFORD aka HARTFORD FIRE
   INS. CO. And HARTFORD FINANCIAL
12 SERVICES GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| LINDA K. DESROSIERS, | ) | Case No. 2:09-cv-02057-MCE-GGH |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND JOINT APPLICATION TO CONTINUE** |
| v. | ) ) | **DEADLINE FOR HEARING DISPOSITIVE MOTIONS DUE** |
| THE HARTFORD aka HARTFORD FIRE INS. CO., HARTFORD | ) ) ) | **TO SCHEDULE CONFLICTS;** |
| FINANCIAL SERVICES GROUP, INC., and DOES 1 through 20, | ) ) | **ORDER THEREON** |
| inclusive, | ) ) | Complaint Filed:   January 26, 2009 |
| Defendants. | ) ) | Trial Date:        July 29, 2013 |
| _____ | ) | |

Pursuant to Federal Rule of Civil Procedure 16(b)(4), and for good cause shown, Plaintiff Linda K. DesRosiers ("Plaintiff") and Defendants The Hartford aka Hartford Fire Ins. Co. and

1

Hartford Financial Services Group, Inc. (collectively hereinafter "Defendants"), through their respective counsel of record, hereby stipulate and jointly request that the Court vacate the present deadline of November 15, 2012 for hearing dispositive motions and continue the deadline for hearing dispositive motions approximately 28 days. This request will not impact the trial date or any other deadlines, and will still allow dispositive motions to be heard approximately seven months before trial.

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

WHEREAS this matter is set for trial on July 29, 2013.

WHEREAS the deadline for the Court to hear dispositive motions is November 15, 2012.

WHEREAS counsel for Plaintiff has a number of commitments that will make it impossible to prepare a response to the extensive summary judgment to be filed in this action including a series of events that cannot be rescheduled that will require him to be out of town, in addition to mediation and a recently scheduled appellate oral argument in a complex media defendant defamation case.

Consequently, good cause exists for continuing the deadline to hear dispositive motions as follows: The deadline of November 15, 2012 for hearing dispositive motions shall be continued to December 13, 2012.

IT IS SO STIPULATED.

Dated: September 25, 2012                    CHRISTOPHER H. WHELAN, INC.

By: _____/S/_____

Christopher H. Whelan
Attorneys for Plaintiff
LINDA K. DESROSIERS

2

Dated: September 25, 2012     JACKSON LEWIS LLP


By:_/S/_____

ROBERT J. SCHNACK
JERRY J. DESCHLER, JR.

Attorneys for Defendants
THE HARTFORD aka HARTFORD FIRE
INS.CO and HARTFORD FINANCIAL
SERVICES GROUP, INC.

**ORDER**

Having reviewed the parties' stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED that the deadline of November 15, 2012 for hearing dispositive motions shall be continued to December 13, 2012.

Dated: October 4, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3