1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   LINDA K. DESROSIERS,                No. 2:09-cv-02057-MCE-GGH

12              Plaintiff,

13       v.                              ORDER CONTINUING TRIAL

14   HARTFORD FIRE INSURANCE
     COMPANY, ET AL.,
15
                Defendant.
16   _____/

17       YOU ARE HEREBY NOTIFIED the July 29, 2013 jury trial is

18   vacated and continued to **January 6, 2014,** at **9:00 a.m.** in

19   Courtroom 7.  The parties shall file trial briefs not later than

20   **October 31, 2013.**  Counsel are directed to Local Rule 285

21   regarding the content of trial briefs.

22       Accordingly, the May 30, 2013 Final Pretrial Conference is

23   vacated and continued to **November 14, 2013,** at **2:00 p.m.** in

24   Courtroom 7.  The Joint Final Pretrial Statement is due not later

25   than **October 24, 2013** and shall comply with the procedures

26   outlined in the Court's  Pretrial Scheduling Order.  The personal

27   appearances of the trial attorneys or person(s) in pro se is

28   mandatory for the Final Pretrial Conference.

                                    1

Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **October 24, 2013.**  Oppositions must be filed by **October 31, 2013** and any reply must be filed by **November 7, 2013.**  The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: October 24, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE