1  CHRISTOPHER H. WHELAN, INC.
   Christopher H. Whelan (SBN 80823)
2  11246 Gold Express Drive, Suite 100
   Gold River, California 95670
3  Telephone:   (916) 635-5577
   Facsimile:   (916) 635-9159
4
   Attorneys for Plaintiff,
5  LINDA K. DESROSIERS

6  JACKSON LEWIS LLP
   ROBERT J. SCHNACK (SBN 191987)
7  JERRY J. DESCHLER JR. (SBN 215691)
   801 K Street, Suite 2300
8  Sacramento, CA 95814
   Telephone: (916) 341-0404
9  Facsimile: (916) 341-0141

10 Attorneys for Defendants
   THE HARTFORD aka HARTFORD FIRE
11 INS. CO. And HARTFORD FINANCIAL
   SERVICES GROUP, INC.
12

13                UNITED STATES DISTRICT COURT

14                EASTERN DISTRICT OF CALIFORNIA

15

16 | LINDA K. DESROSIERS, | Case No. 2:09-cv-02057-MCE-GGH |
|---|---|
| Plaintiff, | **STIPULATION AND JOINT APPLICATION TO CONTINUE THE HEARING DATE FOR DEFENDANTS SUMMARY JUDGMENT MOTION OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT DUE TO HEALTH RELATED ISSUES FOR PLAINTIFF'S COUNSEL'S FAMILY MEMBERS** |
| v. | |
| THE HARTFORD aka HARTFORD FIRE INS. CO., HARTFORD FINANCIAL SERVICES GROUP, INC., and DOES 1 through 20, inclusive, | |
| Defendants. | **ORDER THEREON** |
|   | Complaint Filed: January 26, 2009 |
|   | Trial Date: January 6, 2014 |

       Pursuant to Federal Rule of Civil Procedure 16(b)(4), and for good cause shown, Plaintiff

Linda K. DesRosiers ("Plaintiff") and Defendants The Hartford aka Hartford Fire Ins. Co. and

Hartford Financial Services Group, Inc. (collectively hereinafter "Defendants"), through their

                                      1

1  respective counsel of record, hereby stipulate and jointly request that the Court continue the present
2  hearing date for defendants Motion for Summary Judgment or in the alternative Partial Summary
3  Judgment from February 21, 2013 to March 21, 2013. This twenty eight day (28) requested extension of
4  the hearing date and all related dates (Opposition and Reply )will not impact the trial date or any other
5  deadlines, and will still allow these dispositive motions to be heard approximately ten months before trial.
6      THE PARTIES HEREBY STIPULATE AS FOLLOWS:
7      WHEREAS this matter has recently been set for trial on January 14, 2014.
8      WHEREAS per a prior extension the hearing date was set for February 21, 2013.
9      WHEREAS this twenty eight (28) day extension has become necessary because  Plaintiff's
10 counsel, a sole practitioner, has had to virtually shut down his practice for the last three weeks to be with
11 his 86 year old mother who has been in St. Agnes hospital in Fresno, California as a result of a stroke.
12 Her hospital stay has included long stays in and out of ICU twice as a result of the combination of
13 breathing, heart problems and brain damage caused by the stroke.  Plaintiff counsel, his brother and
14 sisters are providing 24 hour assistance and watch for his mother in the hospital during this period, which
15 could go on for a number of weeks at least. This intense care is necessary since Plaintiff's counsel's
16 mother is constantly trying to climb out of bed to go home and/or take off her breathing devices. This 24
17 watch is also necessary to back up the busy nurses, who because of confusion in the record administered
18 the wrong medicine during a brief break in the watch causing about a day and a half of a near coma state.
19 Plaintiff's counsel's shifts in this watch have been 13 to 19 hours per day. This schedule has made it
20 impossible to read, much less respond, to the motion.
21     Consequently, good cause exists for continuing the hearing date twenty eight days (28) to
22 March 21, 2013.
23 /////
24 /////
25 /////
26 /////
27
28     2

1    IT IS SO STIPULATED.

2  Dated: January 29, 2013                                CHRISTOPHER H. WHELAN, INC.

3                                                        By: _____/S/ *Christopher H. Whelan*

4                                                        Christopher H. Whelan
                                                         Attorneys for Plaintiff
5                                                        LINDA K. DESROSIERS

6  Dated: January 28, 2013                               JACKSON LEWIS LLP
                                                         By: _/S/ *Jerry J. Deschler, JR.*
7
                                                         ROBERT J. SCHNACK
8                                                        JERRY J. DESCHLER, JR.

9                                                        Attorneys for Defendants
                                                         THE HARTFORD aka HARTFORD FIRE
10                                                       INS.CO and HARTFORD FINANCIAL
                                                         SERVICES GROUP, INC.

11

12                                       **ORDER**

13   Having reviewed the parties' stipulation, and good cause appearing therefore,

14   IT IS HEREBY ORDERED The hearing date of February 21, 2013, for Defendant's Motion for

15  Summary Judgment or in the alternative Partial Summary Judgment be continued to March 21, 2013, with

16  all related Opposition and Reply dates based upon that new hearing date.

17  Dated:   February 8, 2013

                                          _____
                                          MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                          UNITED STATES DISTRICT JUDGE

3