1  JACKSON LEWIS LLP
   ROBERT J. SCHNACK (SBN 191987)
2  JERRY J. DESCHLER JR. (SBN 215691)
   801 K Street, Suite 2300
3  Sacramento, California 95814
   Telephone:     (916) 341-0404
4  Facsimile:      (916) 341-0141

5  Attorneys for Defendants
   THE HARTFORD aka HARTFORD FIRE
6  INS. CO. and HARTFORD FINANCIAL
   SERVICES GROUP, INC.
7

8  Christopher H. Whelan, Esq. (SBN 080823)
   CHRISTOPHER H. WHELAN, INC.
9  11246 Gold Express Drive, Suite 100
   Gold River, California 95670-4425
10 Telephone:     (916) 635-5577
   Facsimile:      (916) 635-9159
11

12 Attorney for Plaintiff
   LINDA K. DESROSIERS
13

14                      UNITED STATES DISTRICT COURT

15                      EASTERN DISTRICT OF CALIFORNIA

16                           SACRAMENTO DIVISION

17

| | |
|---|---|
| 18  LINDA K. DESROSIERS, | Case No. 2:09-cv-02057-MCE-DAD |
| 19             Plaintiff, | **STIPULATION TO SET SETTLEMENT CONFERENCE;** |
| 20        v. | **ORDER THEREON** |
| 21  THE HARTFORD aka HARTFORD FIRE INS. CO., HARTFORD FINANCIAL SERVICES | |
| 22  GROUP, INC., and DOES 1 through 20, inclusive, | Complaint Filed:  January 26, 2009 |
| 23             Defendants. | |
| 24 | |

25        LINDA K. DESROSIERS ("DesRosiers") and THE HARTFORD aka HARTFORD FIRE

26 INS. CO. and HARTFORD FINANCIAL SERVICES GROUP, INC. (collectively hereinafter

27 "Hartford"), through their respective counsel of record, hereby stipulate to the setting of  a

28 settlement conference as ordered by this Court.

                                          1

1   IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT:

2        1.    A settlement conference be held on December 13,  2013 at 9:00 a.m. in Courtroom

3              25 on the 8th floor before Magistrate Judge Kendall J. Newman;

4        2.    Confidential settlement conference statements subject to Federal Rule of Evidence

5              408 shall be lodged, but not filed, on or before December 6, 2013; and

6        3.    Such settlement conference is without waiver, by either party, of any other rights or

7              remedies.

8   IT IS SO STIPULATED.

9   Dated:  November 25, 2013          JACKSON LEWIS LLP

10

11                                      By: _____ */s/ Jerry J. Deschler, Jr.*_____
                                            ROBERT J. SCHNACK
12                                          JERRY J. DESCHLER, JR.

13                                      Attorneys for THE HARTFORD aka HARTFORD FIRE
                                        INS. CO. and HARTFORD FINANCIAL SERVICES
14                                      GROUP, INC.

15  Dated:  November 25, 2013          CHRISTOPHER H. WHELAN, INC.

16

17                                      By:_____ */s/ Christopher H. Whelan*_____
                                            CHRISTOPHER H. WHELAN
18
                                        Attorneys for LINDA K. DESROSIERS
19

20

21                                      ORDER

22      Having reviewed the parties' stipulation, and good cause appearing therefore,

23  IT IS HEREBY ORDERED:

24       1.    A settlement conference shall take place on December 13, 2013 at 9:00 a.m. in

25             Courtroom 25 on the 8th floor before Magistrate Judge Kendall J. Newman.

26       2.    Confidential settlement conference statements subject to Federal Rule of Evidence

27             408 shall be lodged, but not filed, on or before December 6, 2013; and

28

Stipulation to Set Settlement Conference;  [Proposed]                    DesRosiers v. The Hartford, et al.
Order Thereon                                                            Case No. 2:09-cv-02057-MCE-GGH

1        3.     Attendance at such settlement conference is without waiver of any rights or

2             remedies available to the parties.

3   Dated: November 26, 2013

4

5                               _____

                               KENDALL J. NEWMAN
                               UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3