JACKSON LEWIS LLP
ROBERT J. SCHNACK (SBN 191987)
JERRY J. DESCHLER JR. (SBN 215691)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for Defendants
THE HARTFORD aka HARTFORD FIRE INS. CO. and HARTFORD FINANCIAL SERVICES GROUP, INC.

Christopher H. Whelan, Esq. (SBN 080823)
CHRISTOPHER H. WHELAN, INC.
11246 Gold Express Drive, Suite 100
Gold River, California 95670-4425
Telephone: (916) 635-5577
Facsimile: (916) 635-9159

Attorney for Plaintiff
LINDA K. DESROSIERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LINDA K. DESROSIERS,<br><br>Plaintiff,<br><br>v.<br><br>THE HARTFORD aka HARTFORD FIRE INS. CO., HARTFORD FINANCIAL SERVICES GROUP, INC., and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:09-cv-02057-MCE-DAD<br><br>**STIPULATION TO SET SETTLEMENT CONFERENCE;**<br><br>**ORDER THEREON**<br><br>Complaint Filed: January 26, 2009 |

LINDA K. DESROSIERS ("DesRosiers") and THE HARTFORD aka HARTFORD FIRE INS. CO. and HARTFORD FINANCIAL SERVICES GROUP, INC. (collectively hereinafter "Hartford"), through their respective counsel of record, hereby stipulate to the setting of a settlement conference as ordered by this Court.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT:

1. A settlement conference be held on December 13, 2013 at 9:00 a.m. in Courtroom 25 on the 8th floor before Magistrate Judge Kendall J. Newman;

2. Confidential settlement conference statements subject to Federal Rule of Evidence 408 shall be lodged, but not filed, on or before December 6, 2013; and

3. Such settlement conference is without waiver, by either party, of any other rights or remedies.

IT IS SO STIPULATED.

Dated: November 25, 2013

JACKSON LEWIS LLP

By: *___/s/ Jerry J. Deschler, Jr.___*
ROBERT J. SCHNACK
JERRY J. DESCHLER, JR.

Attorneys for THE HARTFORD aka HARTFORD FIRE INS. CO. and HARTFORD FINANCIAL SERVICES GROUP, INC.

Dated: November 25, 2013

CHRISTOPHER H. WHELAN, INC.

By: *___/s/ Christopher H. Whelan___*
CHRISTOPHER H. WHELAN

Attorneys for LINDA K. DESROSIERS

ORDER

Having reviewed the parties' stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. A settlement conference shall take place on December 13, 2013 at 9:00 a.m. in Courtroom 25 on the 8th floor before Magistrate Judge Kendall J. Newman.

2. Confidential settlement conference statements subject to Federal Rule of Evidence 408 shall be lodged, but not filed, on or before December 6, 2013; and

3. Attendance at such settlement conference is without waiver of any rights or remedies available to the parties.

Dated: November 26, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE