1  JACKSON LEWIS P.C.
   ROBERT J. SCHNACK (SBN 191987)
2  JERRY J. DESCHLER JR. (SBN 215691)
   801 K Street, Suite 2300
3  Sacramento, California 95814
   Telephone:   (916) 341-0404
4  Facsimile:   (916) 341-0141

5  Attorneys for Defendants
   THE HARTFORD aka HARTFORD FIRE
6  INS. CO. and HARTFORD FINANCIAL
   SERVICES GROUP, INC.
7

8  Christopher H. Whelan, Esq. (SBN 080823)
   CHRISTOPHER H. WHELAN, INC.
9  11246 Gold Express Drive, Suite 100
   Gold River, California 95670-4425
10 Telephone:   (916) 635-5577
11 Facsimile:   (916) 635-9159

12 Attorney for Plaintiff
   LINDA K. DESROSIERS
13

14                UNITED STATES DISTRICT COURT
15                EASTERN DISTRICT OF CALIFORNIA
16                      SACRAMENTO DIVISION
17

18 | LINDA K. DESROSIERS, | Case No. 2:09-cv-02057-MCE-KJN |
19 | Plaintiff, | **STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER** |
20 | v. | |
21 | THE HARTFORD aka HARTFORD FIRE INS. CO., HARTFORD FINANCIAL SERVICES GROUP, INC., and DOES 1 through 20, inclusive, | |
23 | Defendants. | Complaint Filed:  January 26, 2009 |

1

1    Plaintiff and Defendants, by and through their respective attorneys of record, hereby
2 stipulate to dismissal of this action in its entirety, with prejudice, and without an award of
3 attorney's fees or costs to any party.

4 Dated: January 6, 2014                JACKSON LEWIS P.C.

6                                        By: _____/s/ Jerry Jr. Deschler Jr._____
                                            ROBERT J. SCHNACK
7                                           JERRY J. DESCHLER, JR.
8                                        Attorneys for THE HARTFORD aka HARTFORD FIRE
                                         INS. CO. and HARTFORD FINANCIAL SERVICES
9                                        GROUP, INC.

10 Dated: January 11, 2014               CHRISTOPHER H. WHELAN, INC.

12                                       By:_____/s/ Christopher H,. Whelan_____
                                            CHRISTOPHER H. WHELAN
13                                       Attorneys for LINDA K. DESROSIERS

16                                        **ORDER**

17    Based on the foregoing stipulation and otherwise finding good cause therefor, this entire
18 action is DISMISSED WITH PREJUDICE in its entirety and without an award of attorney's fees
19 or costs to any party.
20    IT IS SO ORDERED.

22 DATED: January 15, 2014

                                         _____
23                                       MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                         UNITED STATES DISTRICT COURT